| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR S. 07-0485-DLJ |
| v. | ) | |
| JESUS MANUEL MEDINA-CRUZ, et al. | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum          () Ad Testificandum

Name of Detainee: **JESUS MANUEL MEDINA-CRUZ**
Detained at (custodian): **OREGON STATE PENITENTIARY**

Detainee is:
a.) (X) charged in this district by: (X) Indictment () Information () Complaint
charging detainee with: Title 21, United States Code, Section(s) 841(a)(1) and 846 - Conspire to Distribute Methamphetamine; Title 21, United States Code, Section(s) 841(a)(1) - Distribution of Methamphetamine; Title 21, United States Code, Section(s) 8419a)(1) - Possession with Intent to Distribute Methamphetamine

or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) () return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/Mary L. Grad
Printed Name & Phone No: AUSA MARY L. GRAD, (916) 554-2963
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/29/2007

/s/ D. Lowell Jensen
United States District Judge

Please provide the following, if known:

AKA(s) (if applicable): _____                    Male
Booking or CDC #:       OR16952774                                      DOB: 1985
Facility Address:       OREGON STATE PENITENTIARY, OSP MAIN, 2605       Race:
                        STATE STREET, SALEM, OR 97310-0505              FBI #:
Facility Phone:         (503)378-2453
Currently Incarcerated For: NARCOTICS

### RETURN OF SERVICE

Executed on _____     By: _____
                                                        (Signature)