**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Jesus Medina-Cruz

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESUS MANUEL MEDINA-CRUZ,<br><br>　　　　Defendant | Case No. Cr.S-07-485<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: July 8, 2008<br>Time: 9:00 AM<br>Court: JAM |

　　　It is hereby stipulated by all parties that the status conference in this matter, presently scheduled for June 10, 2008 is continued to July 8, 2008. This continuance is required because counsel for Jesus Medina-Cruz will be unavailable on June 10, 2008, due to a long planned, pre-paid family vacation.

DATED May 29, 2008,　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　/S/MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　Michael B. Bigelow
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　Jesus Medina-Cruz

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case be continued **July 8, 2008 at 9:00 AM**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through July 8, 2008, for attorney preparation and continuity of counsel and in the interest of justice and for further opportunity to negotiate a resolution short of trial.

/S/ MARY GRAD, Esq.                         May 29, 2008
Mary Grad,
Assistant United States Attorney
Counsel the United States


/S/ MICHAEL BRADY BIGELOW, Esq.             May 29, 2008
Michael B. Bigelow
Counsel for Jesus Medina-Cruz


/S/ Dan Brace, Esq.                         May 29, 2008
Dan Brace
Counsel for Juan Navarro


/S/ Martin E. Tejeda, Esq.                  May 29, 2008
Martin E. Jejeda
Counsel for Otoniel Gomez-Moreno

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, be continued to **July 8, 2008 at 9:00 AM**

It is further ordered that time be excluded through July 8, 2008 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**DATED: May 29, 2008**

**IT IS SO ORDERED:**

                                 **/s/ John A. MENDEZ**
                                 **HON. JOHN A. MENDEZ**
                                 **U.S. DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com